HILARY POTASHNER (No. 167060)
Federal Public Defender
Hilary_Potashner@fd.org
DAVID MENNINGER (No. 281460)
Deputy Federal Public Defender
David_Menninger@fd.org
321 East Second Street
Los Angeles, California 90012-4202
Telephone (213) 894-1891
Facsimile (213) 894-0081

Counsel for Petitioner Bin Chen

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| BIN CHEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KIRSTJEN NIELSEN, Secretary of Homeland Security, et al.,<br><br>　　　　Respondents. | No. SA CV 17-1410-JFW (DFM)<br><br>**ORDER FOR VOLUNTARY DISMISSAL OF SECTION 2241 HABEAS PETITION** |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the current action should be dismissed as moot.

DATED: December 8, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. DOUGLAS F. MCCORMICK
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:


*/s/ David Menninger*
David Menninger
Deputy Federal Public Defender